# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:08-M -00864(1) |
| | § |
| (1) DAGOBERTO FLORES | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 20, 2008** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, (track statutory language of offense) knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers, he/she being an alien in the United States in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On 01/20/2008, the defendant, DAGOBERTO FLORES, a native and citizen of MEXICO, was arrested near Eagle Pass, Texas. Subsequent investigation revealed that the defendant is an alien illegally present in the United States. The Defendant last entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers, near Eagle Pass, Texas."*

Continued on the attached sheet and made a part of hereof:   ☐ Yes   ☒ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

01/23/2008                                  at    DEL RIO, Texas
File Date                                          City and State

VICTOR ROBERTO GARCIA                         _____
U.S. MAGISTRATE JUDGE                         Signature of Judicial Officer