AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:08-M -00864(1) |
| | § |
| (1) DAGOBERTO FLORES | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 20, 2008** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, (track statutory language of offense) knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers, he/she being an alien in the United States in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "On 01/20/2008, the defendant, DAGOBERTO FLORES, a native and citizen of MEXICO, was arrested near Eagle Pass, Texas. Subsequent investigation revealed that the defendant is an alien illegally present in the United States. The Defendant last entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers, near Eagle Pass, Texas."

Continued on the attached sheet and made a part of hereof:  ☐ Yes  ☒ No

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant

01/23/2008                          at   DEL RIO, Texas
File Date                                 City and State

VICTOR ROBERTO GARCIA                _____
U.S. MAGISTRATE JUDGE                 Signature of Judicial Officer

FILED

# UNITED STATES DISTRICT COURT
## Western District of Texas
### DEL RIO DIVISION

MAR 2 7 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
         DEPUTY CLERK

UNITED STATES OF AMERICA

v.                                                                Case Number DR08-864M-01

DAGOBERTO FLORES

Defendant.

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense) - Short Form**

The defendant, DAGOBERTO FLORES, was represented by counsel, Jacques De La Mota.

The defendant pled guilty to the complaint on March 17, 2008.  Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | Illegal Entry | January 20, 2008 |

As pronounced on March 17, 2008, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of 60 days, with credit for time already served.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the ___27th___ day of March, 2008.

DENNIS G. GREEN
United States Magistrate Judge

Arresting Agency: DRBP
USCIS #:  04675280